(27 Misc. Rep. 759.)

### LE BOWSKI v. LE BOWSKI.

(Supreme Court, Special Term, New York County. June, 1899.)

DIVORCE—ALIMONY AND COUNSEL FEE IN ACTION FOR SEPARATION—SUPREME COURT—POLICE COURT.

The supreme court will not grant a motion by a wife, in an action for separation, for alimony and counsel fee, as she may compel her husband to supply her with proper support by application to the police court.

Suit by Annie Le Bowski against Jacob J. Le Bowski for alimony and counsel fee. Denied.

N. Smith, for the motion.
H. Van Sinderen, opposed.

GILDERSLEEVE, J. This is a motion for alimony and counsel fee in an action for a separation. It is not my custom to grant this kind of application in separation cases. The police courts afford to

the wife ample means to compel her husband to supply her with proper support and maintenance, and there is no reason for applying to the supreme court for the relief here demanded. The motion must be denied, without costs, and without prejudice to police remedies.

Motion denied, without costs.